# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOMNER OROZCO CARRETO, and<br>CARLOS RAMIREZ,<br><br>    Plaintiffs,<br><br>v.<br><br>Chicago Police Officers KEVIN BUNGE,<br>Star #12973; ANDREW PERWOZNIK,<br>Star #13800; NIKKOLAI AZEVEDO,<br>Star #11379; and CITY OF CHICAGO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21 C 735<br><br>Hon. John J. Tharp, Jr.,<br><br>Magistrate Jeffrey T. Gilbert |

## JOINT STIPULATION OF DISMISSAL OF
## ANDREW PERWOZNIK AND NIKKOLAI AZEVEDO

NOW COMES the plaintiffs, Jomner Orozco Carreto and Carlos Ramirez, and the defendants, the City of Chicago and Kevin Bunge, by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss any and all claims against defendants Andrew Perwoznik and Nikkolai Azevedo stemming from the incident as alleged in Plaintiffs' Second Amended Complaint, ECF No. 74, with prejudice, with each party herein to bear its respective costs and attorneys' fees.

Dated this 3rd day of February, 2022.

                Respectfully submitted,

                /s/ Jan Susler
                Brad J. Thomson, Jan Susler
                PEOPLE'S LAW OFFICE
                1180 N. Milwaukee Ave.
                Chicago, IL 60642
                (773) 235-0070
                Attorneys for Plaintiffs Carreto and Ramirez

                */s/Maxwell Evan Lisy*
                Danielle M. Alvarez, Assistant Corporation Counsel
                Maxwell Lisy, Assistant Corporation Counsel
                City of Chicago Law Department

2 N. LaSalle St. Suite 420
Chicago, IL 60602
(312)742-0305
Attorneys for Defendant City of Chicago

/s/*Brian P. Gainer*
Brian P. Gainer, Zachary A. Pestine
Lisa McElroy, Ahmed Kosoko
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
(312) 372-0770
Attorneys for Defendant Bunge