IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOMNER OROZCO CARRETO, and CARLOS RAMIREZ, | ) ) ) Case No. 21 C 735 |
| Plaintiffs, | ) ) Hon. John J. Tharp, Jr., ) ) Magistrate Jeffrey T. Gilbert |
| v. | ) ) |
| Chicago Police Officers KEVIN BUNGE, Star #12973; ANDREW PERWOZNIK, Star #13800; NIKKOLAI AZEVEDO, Star #11379; and CITY OF CHICAGO, | ) ) ) ) ) |
| Defendants. | ) # |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement executed by the parties, and with each party bearing its own costs and attorney's fees.

Jan Susler, Attorney for plaintiffs,
Jomner Orozco Carreto and
Carlos Ramirez
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60642
Attorney No. _____
DATE: 18 January 2022

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

CELIA MEZA
Corporation Counsel
Attorney for defendant City of Chicago

_____
Victoria R. Benson
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6282508
DATE: 1/31/2022

\#

/s/ Brian Patrick Gainer

Brian Patrick Gainer
Attorney for defendant Kevin Bunge
Special Assistant Corporation Counsel
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
Attorney No. 6286200
DATE: 1/25/22