# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jomner Orozco Carreto, et al.

                               Plaintiff,

v.                                                                Case No.: 1:21−cv−00735

                                                                                  Honorable John J. Tharp Jr.

City of Chicago, et al.

                               Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 7, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the stipulations of dismissal [90] [91] and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all pending deadlines are stricken and any pending motions (including but not limited to [39] and [52]) are denied as moot. Civil case terminated. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.